DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JACK DELEO** and **AMY DELEO,**
Appellants,

v.

**FEDERATED NATIONAL INSURANCE COMPANY,**
Appellee.

No. 4D20-1094

[August 4, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gerard Joseph Curley, Judge; L.T. Case No. 502016CA013044AXXXMB.

Daniel A. Norton of Shochet Law Group, Boynton Beach, for appellants.

Christopher L. Kirwan of Kirwan Spellacy & Danner, P.A., Fort Lauderdale, and Warren B. Kwavnick of Cooney Trybus Kwavnick Peets, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory [and] [w]ithout knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law as to require reversal.").

FORST, KLINGENSMITH and ARTAU, JJ., concur.

\*　　\*　　\*

*Not final until disposition of timely filed motion for rehearing.*